**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 25, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00464-CR

---

**JOEL NAVARRO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 15
Harris County, Texas
Trial Court Cause No. 1836127**

---

## M E M O R A N D U M   O P I N I O N

A motion to dismiss the appeal in this case, signed by appellant, has been filed with this court. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed.  We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices McCally, Brown, and Wise.

Do Not Publish — Tex. R. App. P. 47.2(b)